PATRICK MCKENNA, Respondent, v. HELENA M. EDMONDSTONE
et al., Appellants.

(Argued June 13, 1882; decided June 20, 1882.)

*Martin J. Early* for appellants.

*Abner C. Thomas* for respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

In the matter of the GERMAN SAVINGS BANK, in the city of
New York, *v.* JAMES H. CARRINGTON, et al.

(Argued June 13, 1882 ; decided June 20, 1882.)

*James P. Lowery* for appellant.

*N. B. Hoxie* for respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.